UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP 1 0 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
        Plaintiff, )
)
v. )
)    Criminal No. 03-524-01 (CKK/AK)
)
JESSE JOHNSON, )
        Defendant. )
)

## REPORT AND RECOMMENDATION ON MODIFICATION OF SUPERVISED RELEASE

At a hearing held on August 12, 2009, all parties consented to the modification of

Defendant's conditions of supervised release and there being no objection thereto, accordingly on

this 24th day of August, 2009, IT IS RECOMMENDED THAT the Defendant's conditions of

supervised release be modified so that, as modified, the Defendant shall be placed in a

Residential Re-entry Center for a term of ninety (90) days.

_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE

Failure to file timely objections to the findings and recommendations set forth in this

report may waive your right of appeal from an order of the District Court adopting such findings

and recommendations. *See Thomas v. Arn*, 474 U.S. 140 (1985).

The Magistrate Judge having recommended that the conditions of Defendant's supervised

release be modified and there being no objection thereto, IT IS ORDERED that the

recommendation of the Magistrate Judge is accepted.

DATED:_____ 9, 2009       _____
                                        UNITED STATES DISTRICT COURT JUDGE